NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPINJ, INC.,**

*Plaintiff-Appellant*

v.

**NXP USA, INC.,**

*Defendant-Appellee*

---

2024-1045

---

Appeal from the United States District Court for the Northern District of California in No. 4:19-cv-03161-YGR, Judge Yvonne Gonzalez Rogers.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          IMPINJ, INC. v. NXP USA, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

March 14, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 14, 2024